**PROBABLE CAUSE AFFIDAVIT**
**Jermaine Guy JOHNSON**

I, Emanuel Woods, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2012. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2021. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Jermaine Guy JOHNSON (hereinafter referred to as JOHNSON) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that JOHNSON committed this offense.

4. In October 2022, ATF TFO Woods and CPD Gang Unit Detective Jaime Kirk spoke to a Confidential Informant that stated that JOHNSON traffics Kilos of Fentanyl and traffics firearms in the City of Columbus.

5. In November of 2022, ATF TFO Woods received information from a reliable Confidential Source who has given good corroborative information in the past that JOHNSON was involved in a November 22, 2022, homicide that occurred in the City of Columbus. ATF TFO Woods also spoke with CPD Homicide Detectives who also received information that JOHNSON was involved in the shooting. On that day, Officers were dispatched to 1144 E. 16th Ave on an alert of numerous rounds fired in the area. Upon arrival, Officers located individuals in the rear of 1661 Cleveland Ave that indicated they had almost been shot in the back yard and that the residence had been struck multiple times by gunfire. At 8:37pm, Officers located Anthony Elmore lying motionless in the front yard of 1120 E. 16th Ave. Elmore was pronounced deceased at 8:44 p.m. JOHNSON was considered a person of interest regarding the shooting.

6. ATF TFO Woods received additional information from a Confidential Informant that JOHNSON has been carrying around a semi-auto pistol on his persons. JOHNSON has called the Confidential Informant using the phone number 678-438-0230. TFO Woods conducted a search of the phone number though GTL jail calls and found multiple calls to JOHNSON from jailed inmates. TFO Woods recognized JOHNSON's voice from his social media account to the GTL jail call and confirmed that the phone number is a valid number for JOHNSON.

7. In January of 2023, TFO Woods and Det. Kirk reviewed a publicly available social media account "a1freebandkutt" believed to be utilized by JOHNSON. The video showed JOHNSON

**PROBABLE CAUSE AFFIDAVIT**
**Jermaine Guy JOHNSON**

in possession of multiple firearms and auto sears commonly known as a "Glock Switch", which makes a firearm fully automatic, which confirms the source of information received from the Confidential Informant. Officers observed JOHNSON waive around a Draco style rifle in multiple videos while on Instagram Live. Officers were able to screen record the videos and save as evidence.

8. On January 6th, 2023, TFO Woods conducted surveillance at 2689 Glenbar Court, Columbus Ohio 43219. TFO Woods obtained that address through electronic phone data. At approximately 9:46am, TFO Woods observed a blue SUV back into the driveway. A male fitting the physical description of JOHNSON exited the driver seat of the vehicle. TFO Woods was able to positively identify JOHNSON as the male. JOHNSON walked to the front door of the residence and entered without knocking. TFO Woods believed it to be JOHNSON home address.

9. On February 15th, 2023, ATF Task Force Officers monitored the funeral for Charles Smith who was shot and killed January 29th, 2023. Smith is a known associate of JOHNSON. Officers were requested to assist in plain clothes capacity due to the fear of retaliation from local gang members. While conducting surveillance of the funeral, Officers observed JOHNSON exit a black Nissan SUV bearing Ohio Tag JIE-5430. During a LEADS check of the vehicle, the vehicle came back to a Tosha Carter with an address of 2689 Glenbar Court, Columbus Ohio 43219.

10. On March 6th, 2023, TFO Woods obtained a Pen Trap Trace warrant for the phone number 678-438-0230 that is believed to be utilized by JOHNSON. Franklin County Court of Common Pleas Judge Mark Serrott believed probable cause existed and signed the Phone search warrant for JOHNSON account on March 6th, 2023.

11. On March 29, 2023, CPD Homicide Det. Jeremy Phalen filed a Murder warrant for JOHNSON based on the evidence from the November 22, 2022, shooting. The homicide investigation revealed that Elmore, Evan Jones, and JOHNSON acted in concert and all three individuals Improperly Discharged a Firearm at or into a Habitation located at 1661 Cleveland Avenue, and in doing so caused the death of Mr. Elmore. The round entered his back, traveled through a portion of his heart and exited his chest, resulting in Elmore death.

12. On March 30th, 2023, Investigators utilized electronic device tracking to identify locations frequented by JOHNSON. The aforementioned techniques identified 2689 Glenbar Court, Columbus Ohio 43219 as the location JOHNSON was presently at. Investigators conducted surveillance on the location and observed a vehicle previously identified via Franklin County Ohio jail calls parked at the residence. The residence was also previously identified as one of JOHNSON's female associates.

**PROBABLE CAUSE AFFIDAVIT**
**Jermaine Guy JOHNSON**

13. Law Enforcement arrived at the residence and a short time later JOHNSON exited the residence and was taken into custody.

14. Franklin County Municipal Court Judge Mark Hummer believed probable cause existed and signed a residential search warrant for 2689 Glenbar Court, Columbus Ohio 43219 at 3:31am on March 31, 2023, for the offenses of Murder 2903.02, Having Weapons While Under Disability 2923.13, Participating in Criminal Gang 2923.42, Unlawful Possession of Dangerous Ordnance 2923.11 O.R.C.

15. During a search of the residence, Investigators located a Glock 29 Gen 4 10 milli-meter semi-auto pistol with a Glock switch attached to it underneath a mattress in a bedroom. Also located next to the firearm was a large sum of cash and a wallet. Inside the wallet, Investigators removed a bank card that had JOHNSON's name on it. A white cell phone was located next to the firearm and cash.

16. Investigators conducted a search in the basement and located a suitcase with multiple firearms and approximately 481 grams of suspected fentanyl. Investigators removed a FN Five-Seven semi-auto pistol and a Micro Draco 7.62 caliber rifle from the suitcase along with live ammunition. Investigators removed mail that had JOHNSON's name on it and took photos.

17. TFO Woods had previously been monitoring JOHNSON's social media account and believed the weapons recovered to be similar to the firearms JOHNSON was possessing on his Instagram account.

18. JOHNSON was prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. Franklin County Ohio Court of Common Pleas case 13 CR 003921 for Carrying a Concealed Weapon, a Felony of the 4th degree.

19. Your Affiant confirmed via ATF resources that the aforementioned firearms recovered from JOHNSON's residence on or about March 31, 2023, were not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

20. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

**PROBABLE CAUSE AFFIDAVIT**
**Jermaine Guy JOHNSON**

21. Based on this information, your affiant believes probable cause exists that JOHNSON, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a FN Five-Seven 5.7 x 28 caliber, Micro Draco 7.62 caliber, and a Glock 28 Gen 4 10 milli-meter, and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

_____
ATF TFO Emanuel Woods

Sworn to and subscribed before me this day of __March, 31, 2023__, at __5:36pm__ Columbus, Ohio.

_____
**CHELSEY M. VASCURA**
**U.S. MAGISTRATE JUDGE**